IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL W. PRIEST,<br><br>               Plaintiff,<br><br>v.<br><br>OFFICER RANDOLFF et al.,<br><br>               Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:19-CV-943-DB<br><br>District Judge Dee Benson |

      Plaintiff filed a prisoner civil rights complaint under 42 U.S.C.S. § 1983 (2019), (Doc. No. 3), and was granted *in forma pauperis* status under 28 U.S.C.S. § 1915 (2019), (Doc. No. 2). However, Plaintiff has not complied with the Court's December 3, 2019 order, (*id*.), to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined." *See id.* § 1915(a)(2).

      Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

      DATED this 5th day of February, 2020.

                            BY THE COURT:

                            _____
                            JUDGE DEE BENSON
                            United States District Court